IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLA FRANCO, *Individually*
*and as Personal Representative of the*
*Estate of Hippolito Q. Franco, deceased*,

        Appellant,

vs.                                             CIV 19-0381 KG/JHR

MANUELA Q. FRANCO, *et al.*,

        Appellee.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, OCTOBER 7, 2019, AT 10:00 AM (MDT)**. Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings. CALLS WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

                                                                                 _____
                                                                                  UNITED STATES DISTRICT JUDGE