IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLA FRANCO, Individually
and as Personal Representative of the
Estate of Hipolito Q. Franco, deceased,

     Appellant,

v.                                                                              CV 19-00381 KG/JHR

MANUELA Q. FRANCO, et al.,

     Appellee.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on February 6, 2020. (Doc. 18). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. Objections were due no later than February 20, 2020. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18) are ADOPTED.

2. Appellant's *Motion to Abate or Dismiss Appeal for Want of Jurisdiction due to Lack of Final Judgment* (Doc. 13), is GRANTED.

_____
UNITED STATES DISTRICT JUDGE