IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLA FRANCO, Individually
and as Personal Representative of the
Estate of Hipolito Q. Franco, deceased,

    Appellant,

v.                                                               CV 19-00381 KG/JHR

MANUELA Q. FRANCO, et al.,

    Appellee.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this appeal is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE